**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alexis MACEO, Defendant–Appellant.**

No. 08–11949
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 21, 2009.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Alexis Maceo Reina, Miami, FL, pro se.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Thomas F. Almon, appointed counsel for Alexis Maceo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Maceo's conviction and sentence is **AFFIRMED.**